IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| vs. | | **CRIMINAL NO: H15632** |
| | § | |
| **Roger Maldonado** | § | **HONORABLE: Nancy F. Atlas** |

## MOTION TO DISMISS COUNSEL, AND
## MOTION TO APPOINT NEW COUNSEL

COMES NOW, Roger Maldonado, Defendant in the above captioned cause, and makes this motion for this Honorable Court to enter an order allowing _Mark Diaz_ to be dismissed from the above styled case as attorney for said defendant, and for grounds therefore, says:

1. That said attorney entered an appearance on behalf of said defendant in the above captioned case.

2. The defendant and said attorney's relationship is irretrievably broken with no likelihood that said attorney-client relationship can be preserved because of a conflict of interest.

3. Defendant is indigent and is unable to pay said attorney to represent him on this case.

WHEREFORE, the defendant prays that this Honorable Court will enter an order allowing said attorney to be dismissed as attorney in this case that is now pending before this Court.

Respectfully Submitted,

_Roger Maldonado_
Roger Maldonado

I, Roger Maldonado, being currently incarcerated in the Joe Corley Detention Facility, 500 Hilbig Street, Conroe, Texas 77301, declare under penalty of perjury that the foregoing is true and correct.

Date: _April 11_, 2016

Name _Roger Maldonado_

ORDER

BE IT REMEMBERED that on this the _____ day of _____, 2016,

Came to be considered the above Motion to Dismiss Counsel, and Motion to Appoint New Counsel, which having been considered by the Court, is hereby:

☐   GRANTED

☐   DENIED

And It Is So ordered,

_____
HONORABLE NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE

APRIL 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| vs. | § | CRIMINAL NO: H15632 |
| | § | |
| Roger Maldonado | § | HONORABLE: Nancy F. Atlas |

## MOTION TO DISMISS COUNSEL, AND
## MOTION TO APPOINT NEW COUNSEL

COMES NOW, Roger Maldonado, Defendant in the above captioned cause, and makes this motion for this Honorable Court to enter an order allowing _Mark Diaz_ to be dismissed from the above styled case as attorney for said defendant, and for grounds therefore, says:

1. That said attorney entered an appearance on behalf of said defendant in the above captioned case.

2. The defendant and said attorney's relationship is irretrievably broken with no likelihood that said attorney-client relationship can be preserved because of a conflict of interest.

3. Defendant is indigent and is unable to pay said attorney to represent him on this case.

WHEREFORE, the defendant prays that this Honorable Court will enter an order allowing said attorney to be dismissed as attorney in this case that is now pending before this Court.

Respectfully Submitted,

_____
Roger Maldonado

I, Roger Maldonado, being currently incarcerated in the Joe Corley Detention Facility, 500 Hilbig Street, Conroe, Texas 77301, declare under penalty of perjury that the foregoing is true and correct.

Date: _April 11_, 2016

Name _Roger Maldonado_